AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

FOR THE _____  District of ____ PUERTO RICO ____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| JUAN R. DIAZ-FERMAINT | Case Number: 01-CR-117 (SEC) |
| | USM Number: 04 |
| | AFPD, CARLOS VAZQUEZ |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) __1 and 2__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | FAILURE TO REFRAIN FROM USING CONTROLLED SUBSTANCE. | 6/29/05, 8/3/05, 9/19/05 |
| 1 | FAILURE TO REPORT TO TREATMENT PROGRAM. | 10/18/05 |
| 1 | FAILURE TO REPORT FOR URINALYSIS. | 10/24/05 |
| 2 | FAILURE TO REPORT TO PROBATION OFFICER | 7/29/05, 8/22/05 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address:

Defendant's Mailing Address:

MARCH 28, 2006
Date of Imposition of Judgment

S/ Salvador E. Casellas
Signature of Judge

SALVADOR E. CASELLAS, U.S. DISTRICT COURT
Name and Title of Judge

March 28, 2006
Date

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:      JUAN R. DIAZ-FERMAINT
CASE NUMBER:    01-CR-117 (04) (SEC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    **TEN (10) MONTHS.**

**X**    The court makes the following recommendations to the Bureau of Prisons:
         That defendant be provided with **DRUG TREATMENT** while **INCARCERATED.**

**X**    **The defendant is remanded to the custody of the United States Marshal.**

☐    The defendant shall surrender to the United States Marshal for this district:

   ☐    at _____    ☐ a.m.    ☐ p.m.    on _____ .

   ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐    before 2 p.m. on _____ .

   ☐    as notified by the United States Marshal.

   ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL